IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| CURTIS DICKSON, | : | Civil No. 3:17-cv-520 |
| Plaintiff | : | (Judge Mariani) |
| v. | : | |
| S. BOUNCE, et al., | : | |
| Defendants | : | |

## ORDER

**AND NOW**, this 26th day of February, 2018, upon consideration of Defendants' motion (Doc. 19) to dismiss or, in the alternative, for summary judgment, and for the reasons set forth in the Court's Memorandum of the same date, **IT IS HEREBY ORDERED THAT:**

1. The motion (Doc. 19) for summary judgment is **GRANTED**.

2. The Clerk of Court is directed to **ENTER** judgment in favor of Defendants N. Carper and M. Vargeson (Houser), and against Plaintiff Curtis Dickson.

3. The Clerk of Court is further directed to **CLOSE** this action.

4. Any appeal from this Order is **DEEMED** frivolous and not in good faith. See 28 U.S.C. § 1915(a)(3).

Robert D. Mariani
United States District Judge